IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: BRENDA N. DAVIS            *

                                             *   CASE NO. 15-31084

    DEBTOR.                       *

## MOTION TO DISMISS BANKRUPTCY

Comes now the Debtor by and through her attorney Mark A. Cavanaugh and respectfully requests this honorable Court to Dismiss their Chapter 13 bankruptcy petition.

RESPECTFULLY submitted this the 1st day of July, 2015.

                                      /s/Mark A. Cavanaugh
                                      MARK A. CAVANAUGH
                                      Attorney for Debtor
                                      4252 Carmichael Road
                                      Montgomery, AL  36106
                                      334-272-8444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing motion upon the following:

Hon. Curtis Reding
P.O. Box 173
Montgomery, AL 36101

by and through the United States Postal Service, postage prepaid or electronic filing on this the 1st day of July, 2015.

                                      /s/Mark A. Cavanaugh
                                      MARK A. CAVANAUGH